UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Refugio Garcia, et al.
                    Plaintiff,
v.                                              Case No.: 1:15−cv−11134
                                                Honorable Joan B. Gottschall
Canalu LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

  MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Counsel informed the court that this case has settled. This case is dismissed without prejudice and with leave to reinstate by 9/30/16. If the parties do not file a timely motion to reinstate, the dismissal will automatically convert to a dismissal with prejudice on 10/1/16. Civil case terminated.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.